**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7020

REUBEN GARRISON,

Plaintiff - Appellant,

versus

E. MONTGOMERY TUCKER, Chairman Parole Board;
CHARLES D. WHITE, Head Parole Officer; RONALD
ANGELONE; JOSEPH E. LEE, Parole Officer,

Defendants- Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-97-924-3)

Submitted:  October 8, 1998          Decided:  October 27, 1998

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Reuben Garrison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reuben Garrison, a Virginia state inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Garrison v. Tucker</u>, No. CA-97-924-3 (E.D. Va. June 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2